# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 3:26-cr-00992-RBM-1 |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Melina Haydee Perez-Ortega | Booking No. 39293506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of   4/1/2026

the Court entered the following order:

X    Defendant be release from custody.

    Defendant placed on supervised / unsupervised probation / supervised release.

    Defendant continued on supervised / unsupervised probation / supervised release.

    Defendant released on _____ Bond posted.

    Defendant appeared in Court. FINGERPRINT & RELEASE.

    Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

    Defendant sentenced to TIME SERVED, supervised release for _____ years.

    Bench Warrant Recalled.

    Defendant forfeited collateral.

X    Case dismissed.

    Case dismissed, charges pending in case no.

    Defendant to be release to Pretrial Services for electronic monitoring.

    Other.

Ruth Bermudez Montenegro

UNITED STATES DISTRICT JUDGE

OR

JOHN MORRILL, Clerk of Court

by   Amy Cazares ext. 2677

Crim-9 (Rev. 09/23)
Original